# United States District Court

WESTERN DISTRICT OF WASHINGTON

BECKY L. KIRK

v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5129FDB

____  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. The ALJ erred as described in the report.

3. The matter is therefore REMANDED to the administration for further consideration as directed in the report.


December 21, 2007                    BRUCE RIFKIN
                                     Clerk


                                     s/ D. Forbes
                                     By, Deputy Clerk