# United States District Court

WESTERN DISTRICT OF WASHINGTON

BECKY L. KIRK

      v.

MICHAEL J. ASTRUE

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C07-5129FDB

____     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Plaintiff's motion for an award of costs and attorney's fees (Dkt #20, as amended by Dkt #24)is GRANTED. Plaintiff's attorney Rosemary B. Schurman is hereby awarded attorney's fees in the amount of $4,821.25, expenses of $18.78 and costs in the amount of $00.00, for a total award of $4,840.03 pursuant to 28 U.S.C. §2412.

    March 7, 2008                                                            BRUCE RIFKIN
                                                                                                        Clerk

                                                                                                     s/ D. Forbes
                                                                                       By, Deputy Clerk